```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
NORTHWEST ADMINISTRATORS, INC.,    )  NO. C 04 3481 FMS
                                   )
                   Plaintiff,      )
                                   )
        vs.                        )  ORDER AND DEFAULT JUDGMENT
                                   )  (Proposed Form)
A D AUTOMOTIVE, etc.,              )
                                   )
                   Defendant.      )
_____)
```

Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in favor of plaintiff, NORTHWEST ADMINISTRATORS, INC., against defendant, A D AUTOMOTIVE DISTRIBUTORS, INC., a California corporation, as follows:

```
        1.   Principal                $ 4,126.06
        2.   Interest                      94.64
        3.   Attorneys fees              720.00
        4.   Costs                        450.00
                 TOTAL:              $ 5,390.70
```

IT IS FURTHER ORDERED AND ADJUDGED in light of the decision in <u>International Union of Operating Engineers v. Richard D. Karr</u>, No. 91-35846 (9th Cir. 1993), that the only issue raised in this

proceeding through the date of this default judgment is the failure of defendant to pay known delinquent contributions for the months of June through December 2004 based upon unaudited financial information. The Court allows plaintiff to reserve its right to audit the defendant employer for any periods not previously audited, including the time period referred to above.  Entry of the Judgment has no effect whatsoever on either (a) plaintiff's right to audit defendant and collect by subsequent legal action any sum found thereby to be due, or (b) plaintiff's right to collect by subsequent legal action any sums found to be due for any time period other than the one referred to above.

Date: June 16, 2005

_____/s/_____
Judge Fern M. Smith