IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. | NO. C 04-3481 FMS |
| Plaintiffs, | **ADDENDUM TO JUNE 16th ORDER** |
| v. | |
| A D AUTOMOTIVE, etc., | |
| Defendant. | |

The Court issued a default judgment in this matter on June 16th, 2005. This addendum orders the plaintiff to remove the reports appended to the Declaration of Diane Andrade, Exhibit 6 (document 18), and resubmit a redacted version of the exhibit with the names and social security numbers of the defendant's employees omitted.

**IT IS SO ORDERED**

Dated: June 20, 2005

/s/
FERN M. SMITH
United States District Judge