1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Sansome Street, Suite 600
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  BOARD OF TRUSTEES OF THE BAY AREA  )    NO. C 04 3481 FMS(EDL)
   ROOFERS, et al.,                   )
10                                     )
                    Plaintiffs,        )
11                                     )    ORDER OF EXAMINATION
            vs.                        )
12                                     )
   A D AUTOMOTIVE DISTRIBUTORS, INC., )
13 et al.,                             )
                                       )
14                  Defendants.        )
   _____)
15
   To:  Paul Schabacker, Custodian of Records of Judgment Debtor,
16      A D Automotive Distributors, Inc.
        205 Shaw Road, Suite A
17      South San Francisco, CA 94080

18         You the above named custodian of records of judgment debtor

19 ARE HEREBY ORDERED to appear personally on Tuesday, November 8, 2005

20 at 10:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA , 15th

21 Floor, Courtroom E, before the Magistrate Judge Elizabeth D. Laporte

22 then and there to be examined on oath concerning your property or

23 other matters material to the proceedings.

24         You are ordered to bring with you the following documents:

25         1.   The corporation's bylaws, share register and minute

26 book;

27         2.   Title documents to all equipment and vehicles of

28 debtor;

        ORDER OF EXAMINATION                              1

3.   All lists and schedules of rented, leased and owned equipment of debtor;

4.   Copies of all real property and personal property leases wherein debtor is a party;

5.   Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

6.   Annual Financial Statements for 2004; all monthly financial statements for the same period and 2005;

7.   Federal tax returns for the last two years;

8.   All bank statements, deposit slips and canceled checks for all accounts for January 1, 2005 to date;

9.   The last tax return filed with the Franchise Tax Board;

10.   Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from January 1, 2005 to date;

11.   All accounts receivable lists generated by the Company from January 1, 2005 to date;

12.   Cash Disbursement Journals for 2005;

13.   All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

14.   All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

15.   All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

ORDER OF EXAMINATION                                    2

1    NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE

2   TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST

3   AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER

4   REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE

5   JUDGMENT CREDITOR IN THIS PROCEEDING.

6   Dated: September 22, 2005

7   _____

8   Magistrate Judge Elizabeth D. Laporte

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF EXAMINATION                                          3