```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Sansome Street, Suite 600
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5

 6
                    UNITED STATES DISTRICT COURT
 7
                   NORTHERN DISTRICT OF CALIFORNIA
 8

 9  NORTHWEST ADMINISTRATORS          )    NO. C 04 3481 FMS(EDL)
                                      )
10                                    )
                        Plaintiffs,   )
11                                    )    ORDER OF EXAMINATION
              vs.                     )
12                                    )
    A D AUTOMOTIVE DISTRIBUTORS, INC.,)
13  et al.,                           )
                                      )
14                      Defendants.   )
    _____)
15
    To:  Ed Roy, Custodian of Records of Judgment Debtor,
16       A D Automotive Distributors, Inc.
         205 Shaw Road, Suite A
17       South San Francisco, CA 94080

18           You the above named custodian of records of judgment debtor

19  ARE HEREBY ORDERED to appear personally on Wednesday, December 14,

20  2005 at 10:30 a.m. at 450 Golden Gate Avenue, San Francisco, CA , 15th

21  Floor, Courtroom E, before the Magistrate Judge Elizabeth D. Laporte

22  then and there to be examined on oath concerning your property or

23  other matters material to the proceedings.

24           You are ordered to bring with you the following documents:

25           1.   The corporation's bylaws, share register and minute

26  book;

27           2.   Title documents to all equipment and vehicles of

28  debtor;
```

ORDER OF EXAMINATION                                                  1

1    3.   All lists and schedules of rented, leased and owned
2 equipment of debtor;
3    4.  Copies of all real property and personal property leases
4 wherein debtor is a party;
5    5.   Copies of all tax bills, deeds, contracts, deeds of
6 trust or deposit receipts relating to all real and personal property
7 in which any interest is held;
8    6.   Annual Financial Statements for 2004; all monthly
9 financial statements for the same period and 2005;
10    7.   Federal tax returns for the last two years;
11    8.   All bank statements, deposit slips and canceled checks
12 for all accounts for January 1, 2005 to date;
13    9.   The last tax return filed with the Franchise Tax
14 Board;
15    10.  Copies of all purchase orders, change orders accepted
16 bids, and contracts which relate in any way to work performed by
17 debtor during the period from January 1, 2005 to date;
18    11.    All accounts receivable lists generated by the
19 Company from January 1, 2005 to date;
20    12.  Cash Disbursement Journals for 2005;
21    13.  All documents related to any loans to debtor or by
22 debtor by any present or former shareholders, officers or employees
23 of debtor;
24    14.  All documents related to any completed, pending or
25 failed sale of substantially all corporate assets during the last
26 three years.
27    15.  All personal guarantees made by any officer, agent or
28 shareholder for the benefit of debtor.

ORDER OF EXAMINATION                                              2

1      NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.
6 Dated: November 16, 2005 _____
7
8                                   Magistrate Judge Elizabeth D. Laporte

[GRANTED — signed Judge Elizabeth D. Laporte, United States District Court, Northern District of California]

ORDER OF EXAMINATION                                         3